# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 20 PM 2:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: __'08 MJ 0498__

The person charged as __CARR, Bobby james__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Western__ District of __Texas__ on __10/02/07__ with: __Title 21, 21 USC 846, 841 (a)(1)__ in violation of:

**Conspiracy to Possess and Distribute Cocaine; Possession with Intent to Distribute Cocaine**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __02/20/08__

_____
Kevin Bolles
CI - Deputy United States Marshal

Reviewed and Approved

DATE: _____

_____
Assistant United States Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

BOBBY JAMES CARR
a/k/a JAMES WILLIAM HAINES

**WARRANT FOR ARREST**

Case Number: SA-00-CR-559-FB

RECEIVED
USMS W/TX (80)

OCT 0 2 2007

WARRANTS
SAN ANTONIO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   BOBBY JAMES CARR
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS AND DISTRIBUTE COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE.

in violation of Title  21, 21  United States Code, Section(s)  846, 841 (a)(1)

Honoarble: Pamela A. Mathy
Name of Issuing Officer

Signature of Issuing Officer  Wayne Garcia

U.S. Magistrate Judge
Title of Issuing Officer

10/2/2007
Date

San Antonio, TX
Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

FILED
OCT 2 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CRIMINAL NO. SA-00-CR-559-FB |
| JAMES WILLIAM HAINES, ) | |
| TRUE NAME: BOBBY JAMES CARR ) | |
| Defendant. ) | |

ORDER FOR AMENDED BENCH WARRANT

It appearing to the Court than an indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

| Defendant | Recommended Amount of Bail |
|---|---|
| BOBBY JAMES CARR | DETAIN WITHOUT BOND |

*Bond to be set at time defendant(s) has initial appearance before a judicial officer and after interview by an officer assigned to the Pretrial Services Office, provided if defendant is arrested outside the San Antonio Division of the Western District of Texas, it is recommended that defendant be DETAINED WITHOUT BOND.

ENTERED at San Antonio, Texas, this ___2___ day of ___October___, 2007.

DATE                        _____
                            UNITED STATES MAGISTRATE JUDGE

1

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____ Deputy

FILED
Nov 15  12 13 PM '00
CLERK, U.S. COURT
WESTERN DIST. OF TEXAS
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. SA-00-CR |
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | |
| | ) | [Vio.: 21 U.S.C. § 846: |
| ALVIN CARR, JR., (1) | ) | Conspiracy to Possess and |
| JAMES WILLIAM HAINES, (2) | ) | Distribute Cocaine; 21 U.S.C. § |
| | ) | 841(a)(1): Possession With |
| Defendant. | ) | Intent to Distribute Cocaine.] |

THE GRAND JURY CHARGES:

**S A 00 CR 559** 

**COUNT ONE**
**[21 U.S.C. § 846]**

That on or about October 24, 2000, in the Western District of Texas, Defendants,

**ALVIN CARR, JR., AND**
**JAMES WILLIAM HAINES,**

did unlawfully, willfully and knowingly combine, conspire, confederate, and agree together and with one another to distribute and possess with intent to distribute a controlled substance, which offense involved less than 500 grams of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
**[21 U.S.C. § 841(a)(1)]**

That on or about October 24, 2000, in the Western District of Texas, Defendants,

1

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____
Deputy

ALVIN CARR, JR., AND
JAMES WILLIAM HAINES,

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved less than 500 grams of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON
(Deputy Foreman)

JAMES WILLIAM BLAGG
United States Attorney

By: _____
CHARLIE STRAUSS
Assistant United States Attorney

2