1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE WILLIAM McCURINE, JR.)**

11 | UNITED STATES OF AMERICA,          ) Case No.  08MJ0498
                                        )
12 |     Plaintiff,                     )
                                        )
13 | v.                                 ) **NOTICE OF APPEARANCE**
                                        )
14 | **BOBBY JAMES CARR**,              )
                                        )
15 |                                    )
   |     Defendant.                     )
16 | _____)

17       Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

18 R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                                      Respectfully submitted,

21

22 Dated:  February 26, 2008             /s/   *Robert R. Henssler, Jr.*
                                         **ROBERT R. HENSSLER, JR.**
23                                       Federal Defenders of San Diego, Inc.
                                         Robert_Henssler@fd.org
24                                       Attorneys for Defendant

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: February 26, 2008         */s/ Robert R. Henssler, Jr.*
                                 **ROBERT R. HENSSLER, JR.**
                                 Federal Defenders of San Diego, Inc.
                                 Robert_Henssler@fd.org