```
1  RANDOLPH E. DAAR #88195
   506 Broadway
2  San Francisco CA 94133
   Telephone: 415/986-5591
3
   Attorney for Defendant
4  BOBBY JAMES CARR
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,

         Plaintiff,              CR 08-498 WMC

    v.                           NOTICE OF APPEARANCE

BOBBY JAMES CARR,

         Defendant .
_____/
```

   PLEASE TAKE NOTICE that RANDOLPH E. DAAR hereby enters his appearance as attorney of record for defendant BOBBY JAMES CARR in this matter.

   Dated:  March 7, 2008

                                  /s/ RANDOLPH E. DAAR
                                  RANDOLPH E. DAAR

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331