**Minutes of the United States District Court**
**Southern District of California**
**March 13, 2008**

**HON.  WILLIAM McCURINE JR.**            **DEPUTY CLERK: R. BRESSI**

---

TAPE NO. WMC08-1:955-9:58

08MJ0498        USA      vs.      BOBBY JAMES CARR- 07739298 (C)

REMOVAL/ID HRG                   RANDOLPH E. DARR, RETAINED N/A
                                 ATTY M. BLAKE WILSON S/A

                                 AUSA: CARLOS CANTU

---

DEFENDANT ADMITS IDENTITY AND WAIVES ID/REMOVAL HRG
WAIVER OF HRG FILED
COURT ORDERS DEFENDANT REMOVED TO WESTERN DISTRICT OF TEXAS
WARRANT OF REMOVAL ISSUE TO USM

3 MIN